IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS PALAGANO, | : | |
| individually and on behalf of all others | : | CIVIL ACTION |
| similarly situated, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| NVIDIA CORPORATION, | : | No. 15-1248 |
| *Defendant*. | : | |

## ORDER

**AND NOW**, this 19th day of August, 2015, upon consideration of NVIDIA Corporation's Motion to Transfer Venue (Docket No. 24), Mr. Palagano's Response in Opposition (Docket No. 28), and NVIDIA Corporation's Reply (Docket No. 29) and Post-Argument Submission (Docket No. 34), and following oral argument on July 20, 2015, **the Court hereby ORDERS** that:

1. NVIDIA Corporation's Motion to Transfer Venue (Docket No. 24) is **GRANTED**;

2. The Clerk of Court shall **TRANSFER THIS CASE** to the United States District Court for the Northern District of California; and

3. The Clerk of Court shall **MARK THIS CASE CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE